[No. 65935-9-I.   Division One.   April 2, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN EDWIN ERICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02513-1, John P. Erlick, J., entered July 26, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Grosse and Schindler, JJ.

[No. 66143-4-I.   Division One.   April 2, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ROOSEVELT SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-01508-5, Steven J. Mura, J., entered October 19, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Cox, JJ.

[No. 66423-9-I.   Division One.   April 2, 2012.]

DEBORAH BUCK, *Appellant*, v. THE CITY OF SHORELINE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-19520-3, Gregory P. Canova, J., entered November 22, 2010. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Grosse and Schindler, JJ.